IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-323 |
| ) | |
| MICHAEL T. REID, SR. ) | |

## **APPEARANCE OF COUNSEL**

NOTICE is hereby given that Tina O. Miller, Assistant United States Attorney, enters her appearance as counsel of record for the government in the above-criminal action.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

s/Tina O. Miller
TINA O. MILLER
Assistant U.S. Attorney
tina.miller@usdoj.gov
PA ID No. 71101